UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLIAM R ABBOTT #57819-083** | **CASE NO.  2:21-CV-02163 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SEKOU MAAT** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Upon consideration of the Report and Recommendation [doc. 7] of the Magistrate Judge and the objections filed by petitioner, and after a de novo review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 7] be **ADOPTED**, that the Motion for Preliminary Injunction [doc. 3] be **DENIED**, and that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because 28 U.S.C. § 2241 does not provide an appropriate avenue for the relief petitioner seeks.

**THUS DONE AND SIGNED** in Chambers on this 21st day of September, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE